IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                      No. CIV S-03-0604 DFL JFM P

    vs.

JACK VOGNSEN, Ph.D.,

    Defendant.                  FINDINGS & RECOMMENDATIONS

_____/

        By order filed October 24, 2005, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED:  December 6, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001; huft0604.fta