IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                         No. CIV S-03-0604 DFL JFM P

    vs.

JACK VOGNSEN, Ph.D.,         <u>ORDER</u>

    Defendant.

_____/

        Plaintiff is in custody at Coalinga State Hospital pursuant to California's Sexually Violent Predators Act, Welfare and Institutions Code § 6600, et seq. Plaintiff is proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983. On October 24, 2005, plaintiff's second amended complaint was dismissed and he was granted leave to file a third amended complaint. Plaintiff failed to file a third amended complaint by November 24, 2005, and on December 6, 2005, findings and recommendations issued recommending that this action be dismissed for plaintiff's failure to amend.

        On December 19, 2005, plaintiff filed objections to the findings and recommendations in which he alleges he mailed his third amended complaint to the court on October 29, 2005. Plaintiff filed a copy of his third amended complaint with his objections.

Because it appears plaintiff attempted to timely file his third amended complaint, the findings and recommendations will be vacated.

Paintiff's 31 page third amended complaint, however, is practically verbatim of his 31 page second amended complaint, with the exception of the revised title and different signature date. Plaintiff has not complied with the provisions of this court's October 24, 2005 order, which the court will not repeat here. Plaintiff is cautioned that failure to timely file a properly revised fourth amended complaint that comports with the October 24, 2005 order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 6, 2005 findings and recommendations are granted;

2. The Clerk of the Court is directed to send plaintiff a copy of this court's October 24, 2005 order;

3. Plaintiff's December 19, 2005 third amended complaint is dismissed;

4. Plaintiff is granted thirty days from the date of service of this order to file a fourth amended complaint that complies with this court's October 24, 2005 order, the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the fourth amended complaint must bear the docket number assigned this case and must be labeled "Fourth Amended Complaint"; plaintiff must file an original and two copies of the fourth amended complaint; failure to file a fourth amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: February 1, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; huft0604.lta3