IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                       No. CIV S-03-0604 DFL JFM P

   vs.

JACK VOGNSEN, Ph.D.,

    Defendant.                      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2006, this court recommended that plaintiff's action be dismissed because plaintiff had failed to file a third amended complaint as required by this court's February 2, 2006 order. On March 23, 2006, plaintiff filed objections. Plaintiff requests this action be stayed pending resolution of the petition for certiorari filed in Huftile v. Miccio-Fonseca, 410 F.3d 1136 (9th Cir. 2005)(pet. for cert. filed December 1, 2005). Also, plaintiff states he will be undergoing back surgery which will preclude his ability to file a third amended complaint in the near future.

        Plaintiff has failed to demonstrate this action should be stayed pending resolution of Huftile v. Miccio-Fonseca, supra. However, given plaintiff's present medical condition, the court will grant plaintiff an extended period of time in which to file a third amended complaint.

1

1 Good cause appearing, the March 16, 2006 findings and recommendations will be vacated and plaintiff will be granted an extension of time to file a third amended complaint that complies with this court's February 2, 2006 order.  Accordingly, IT IS HEREBY ORDERED that:

1. The March 15, 2006 findings and recommendations are vacated; and

2. Plaintiff is granted ninety days from the date of this order to file an amended complaint.

DATED:   April 18, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/mp:001
huft0603.vac