IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                    No. CIV S-03-0604 DFL JFM P

    vs.

JACK VOGNSEN, Ph.D.,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2006, plaintiff filed a fourth amended complaint. Plaintiff appended a verification form (see page 36), but the verification form was not signed by plaintiff. Plaintiff will be granted a brief period of time in which to file a signed verification form to accompany his fourth amended complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a signed verification form within fifteen days from the date of this order.

DATED: July 17, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/001
huft0603.ver