IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

      Plaintiff,                            No. CIV S-03-0604 DFL JFM P

   vs.

JACK VOGNSEN,

      Defendant.                          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 19, 2006, plaintiff's third amended complaint was dismissed with leave to file a fourth amended complaint. Plaintiff has now filed a fourth amended complaint.

        The fourth amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the fourth amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant Jack Vognsen.

        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the fourth amended complaint filed July 7, 2006.

1    3.  Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3    a.  The completed Notice of Submission of Documents;
4    b.  One completed summons;
5    c.  One completed USM-285 form for the defendant listed in number 1
6    above; and
7    d. Two copies of the endorsed fourth amended complaint filed July 7,
8    2006.
9    4.  Plaintiff need not attempt service on defendant Vognesen and need not request
10 waiver of service.  Upon receipt of the above-described documents, the court will direct the
11 United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil
12 Procedure 4 without payment of costs.
13 DATED: September 12, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; huft0604.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                               No. CIV S-03-0604 DFL JFM P

    vs.

JACK VOGNSEN,                            NOTICE OF SUBMISSION

    Defendants.                         OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                              Fourth Amended Complaint

DATED:

                                            _____
                                            Plaintiff