IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

Plaintiff, No. CIV S-03-0604 DFL JFM P

vs.

JACK VOGNSEN,

Defendant. ORDER

_________________________________/

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 29, 2006, the court ordered the United States Marshal to serve the complaint on the defendant. Process directed to defendant Jack Vognsen was returned unserved because "address unknown, no such number." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed July 7, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

a. One completed USM-285 form for defendant Jack Vognsen;

b. Two copies of the endorsed amended complaint filed July 7, 2006; and

c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
huft0604.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

Plaintiff,

No. CIV S-03-0604 DFL JFM P

vs.

JACK VOGNSEN,

Defendant.

NOTICE OF SUBMISSION OF DOCUMENTS

_________________________________/

Plaintiff hereby submits the following documents in compliance with the court's order filed _________________:

_______ completed summons form

__1____ completed USM-285 forms

__2____ copies of the July 7, 2006 Amended Complaint

DATED:

___________________________________

Plaintiff