IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

       Plaintiff,                    No. CIV S-03-0604 DFL JFM P

       vs.

JACK VOGNSEN, Ph.D.,

       Defendant.           ORDER

_____/

       Plaintiff has requested a 120 day extension of time to file and serve a declaration in support of the complaint. However, plaintiff has not been ordered to file a declaration, and plaintiff has not demonstrated why such a declaration might be required. Plaintiff has previously amended his complaint as of right and pursuant to court order. On January 4, 2007, this court ordered service of process of the fourth amended complaint on defendant Vognsen. Further supplementation of the complaint at this late date will only delay this action further. Thus, plaintiff's request for extension will be denied without prejudice to its renewal upon a proper showing.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's January 11, 2007 motion for an extension of time is denied without prejudice.

DATED: January 29, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; huft0604.36d