IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

      Plaintiff,              No. CIV S-03-0604 DFL JFM P

   vs.

JACK VOGNSEN, Ph.D.,

      Defendant.       ORDER

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendant's March 26, 2007 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Plaintiff's April 9, 2007 motion for an extension of time is granted; and

      2.  Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition.  Defendant's reply shall be filed seven days thereafter.

DATED:  April 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001
huft0604.36(2)