IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                      No. CIV S-03-0604 RRB JFM P

    vs.

JACK VOGNSEN, Ph.D.,

    Defendant.                    ORDER

_____/

        Plaintiff has requested the appointment of counsel in light of his medical problems and severe back pain.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved."  Terrell, 935 F.2d at 1017 (citation omitted).  Neither factor is dispositive and both must be viewed together before reaching a decision on request for counsel under § 1915.  Id.

In the present case, the court finds that plaintiff's health concerns do not present such extraordinary circumstances that the appointment of counsel is required, particularly because it is unlikely plaintiff will succeed on the merits of this case. (<u>See</u> Findings and Recommendations issued herewith.) Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 14, 2007 request for the appointment of counsel is denied.

DATED: June 21, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp/001
huft0604.31(2)

2