IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUFTILE,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK VOGNSEN,<br><br>    Defendant. | No. 2:03-CV-0604-RRB-JFM-P<br><br>**ORDER** |

    Plaintiff Michael Huftile ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 27, 2007, Magistrate Judge John F. Moulds filed Findings & Recommendations (Docket 46) and Amended Findings and Recommendations (Docket 45) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

ORDER REGARDING PLAINTIFF'S PENDING MOTIONS - 1
2:03-CV-0604-RRB-JFM

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at **Docket 46**, filed on February 27, 2007, are adopted in full;

2. The Amended Findings & Recommendations at **Docket 45**, filed on February 27, 2007, are adopted in full;

3. Plaintiff's Motion for Protective Order at **Docket 44**, filed on February 5, 2007, is **DENIED**; and

4. Plaintiff's Motion to Reinstate Declaratory Relief and Damages at **Docket 29**, filed on September 14, 2006, is **DENIED**.

**ENTERED** this 29th day of June, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER REGARDING PLAINTIFF'S PENDING MOTIONS - 2
2:03-CV-0604-RRB-JFM-P