IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

     Plaintiff,                       No. CIV S-03-0604 RRB JFM P

     vs.

JACK VOGNSEN,

     Defendant.                     ORDER

_____/

     Plaintiff has requested an extension of time to file and serve objections to the June 22, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's July 20, 2007 motion for an extension of time is granted; and

     2. Plaintiff is granted sixty days from the date of this order in which to file and serve objections to the June 22, 2007 findings and recommendations.

DATED: July 24, 2007.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

/mp/001; huft0604.36(3)