1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL HUFTILE,

11             Plaintiff,                 No. CIV S-03-0604 RRB JFM P

12        vs.

13   JACK VOGNSEN, Ph.D.,

14             Defendant.                 <u>ORDER</u>

15   _____/

16             Plaintiff is proceeding in propria persona with a civil rights complaint pursuant to 42

17   U.S.C. § 1983.  Plaintiff is being detained under the Sexually Violent Predators Act (Welf. & Inst.

18   Act §§ 6600) as an involuntary civil detainee under the jurisdiction of California's Department of

19   Mental Health.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20   § 636(b)(1)(B) and Local General Order No. 262.

21             On June 22, 2007, the magistrate judge filed findings and recommendations herein

22   which were served on all parties and which contained notice to all parties that any objections to the

23   findings and recommendations were to be filed within twenty days.  By order filed July 25, 2007,

24   plaintiff was granted an additional sixty days in which to file objections. Sixty days have now passed

25   and neither party has filed objections to the findings and recommendations.

26

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.   Accordingly, IT IS HEREBY

3  ORDERED that:

4        1.  The findings and recommendations filed June 22, 2007 are adopted in full; and

5        2.  Defendant's March 26, 2007 motion to dismiss be granted.

6        ENTERED this 5th day of November, 2007.

7                              S/RALPH R. BEISTLINE
                             UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26